## UNITED STATES of America, Plaintiff–Appellee,

v.

## Pete PENA, Defendant–Appellant.

### No. 04–40866

### Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 25, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Reynaldo Alejandro Pena, The Law Offices of Pena & Pena, Corpus Christi, TX, for Defendant–Appellant.

Pete Pena, Bastrop, TX, pro se.

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM: *

Counsel appointed for Pete Pena has filed a motion for leave to withdraw and

briefs as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Pena has not filed a response. Our independent review of counsel's briefs and the record discloses no nonfrivolous issue. Accordingly, counsel's motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.